QUIN DENVIR, Bar #49374
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CAROLINA ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLINA ZAMORA,<br><br>        Defendant. | NO. 1:05-CR-00172 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date: September 12, 2005<br>Time: 10:00 a.m.<br>Judge: Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference Hearing, scheduled for August 8, 2005, may be continued to **September 12, 2005 at 10:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///
///
///
///
///
///
///

1  negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2      DATED:  August  3, 2005    McGREGOR W. SCOTT
3                                                     United States Attorney

5                                                     /s/ Sherrill A. Carvalho
6                                                     SHERRILL A. CARVALHO
   Assistant Federal Defender
7                                                     Attorney for Plaintiff

9      DATED:  August 3, 2005    QUIN DENVIR
   FEDERAL DEFENDER

12                                                     /s/ Carrie S. Leonetti
   CARRIE S. LEONETTI
   Assistant Federal Defender
13    Attorney for Defendant
   CAROLINA ZAMORA

**O R D E R**

IT IS SO ORDERED.

DATED:___August 3, 2005___

                                                 /s/ OLIVER W. WANGER

The Hon. OLIVER W. WANGER
United States District Court Judge for the
Eastern District of California