UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                    RE:    CAROLINA ZAMORA
                            Docket Number:  1:05CR00172-02 OWW
                            PERMISSION TO TRAVEL
                            OUTSIDE THE COUNTRY

Your Honor:

The probationer is requesting permission to travel to Mexico. She is current with all supervision obligations, has completed all special conditions, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 28, 2005, Mrs. Zamora was sentenced for the offenses of Possession of False Identification Documents With Intent to Defraud the United States and Aiding and Abetting, a violation of 18 USC 1028(a) and 2, both misdemeanor offenses.

**Sentence imposed:** 12 months probation, $25 SA, mandatory drug testing

Special Conditions: 1) mental health counseling; 2) 50 hours community service; 3) co-payment

**Dates and Mode of Travel:** Personal vehicle; date to be determined by probation officer

**Purpose:** Husband (codefendant) is being released from the Bureau of Prisons on or about May 24, 2006, and will be deported to Mexico. Probationer is requesting permission to travel to Mexico for one month to help her husband relocate and also to spend family time before school commences in the fall. She will be traveling with the couple's children.

**RE:    CAROLINA ZAMORA**
      Docket Number:   1:05CR00172-02 OWW
      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>


Respectfully Submitted,

/s/ Hubert Alvarez

**HUBERT J. ALVAREZ**
Senior United States Probation Officer

**DATED:**    May 16, 2006
                Fresno, California
                HJA


**REVIEWED BY:**     /s/ Bruce Vasquez
                         **BRUCE A. VASQUEZ**
                         Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved _____X_____              Disapproved _____

IT IS SO ORDERED.

**Dated:   May 18, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

Rev. 03/2005
TRAVELOC.MRG